# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DON FAIRFAX, Individually and on Behalf of All Others Similarly Situated | ) ) ) |
| Plaintiff, | ) Judge Smith ) ) Magistrate Judge Jolson ) |
| v. | ) Case No.: 2:16-cv-00680-GCS-KAJ ) |
| HOGAN TRANSPORTS, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER

The Court now takes up the Joint Motion for Leave to File Joint Motion for Approval of FLSA Settlement, Supporting Memorandum, Motion for Approval of Attorneys' Fees, and Settlement Agreement Under Seal filed by the Parties in this matter. After consideration of this Motion, and for good cause,

IT IS HEREBY ORDERED that the Parties' Motion is GRANTED. The Stipulation of Settlement and all Motions for Approval in this matter shall be filed under seal by the Clerk of this Court and the Counsel for the Parties to this action shall have access.

Dated this ___ day of _____, 2019

SO ORDERED:

_____
The Honorable George C. Smith
United States District Judge
United States District Court for the
Southern District of Ohio