IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DON FAIRFAX, Individually and on Behalf of All Others Similarly Situated | Judge Smith |
| Plaintiff, | Magistrate Judge Jolson |
| v. | Case No.: 2:16-cv-00680-GCS-KAJ |
| HOGAN TRANSPORTS, INC., et al., | |
| Defendants. | |

JOINT MOTION FOR
APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT
AND DISMISSAL WITH PREJUDICE

Plaintiff Don Fairfax ("Plaintiff") on behalf of himself and others similarly situated, and Defendants Hogan Transports, Inc.; Hogan Services, Inc.; Hogan Dedicated Services ("Defendants") (collectively the "Parties"), by and through each Parties' respective counsel of record, hereby move this Court for an order approving the terms and conditions of the Settlement Agreement reached in the above-referenced matter, and dismissing this action with prejudice.  In Support of this Motion, the Parties have filed a *Memorandum in Support of the Joint Motion for Approval of FLSA Collective Action Settlement and Dismissal with Prejudice.*

**WHEREFORE**, the Parties hereby request that this Court grant this Motion and enter the proposed Order approving the Settlement Agreement and dismissing this action with prejudice.
.

Respectfully submitted,

ROETZEL & ANDRESS

By: /s/ Jeremy S. Young
    Jeremy S. Young (#0082179)
    Huntington Center
    41 South High Street, 21st Floor
    Columbus, OH 43215
    614-463-9770
    Fax No. 614-463-9792
    jyoung@ralaw.com

POLSINELLI PC

    ROBERT J. HINGULA (MO #56353) *(admitted pro hac)*
    Kaitlin E. Gallen (MO #65913) (admitted *pro hac*)
    900 W. 48th Place, Suite 900
    Kansas City, MO 64112-1895
    (816) 753-1000
    Fax No.: (816) 753-1536
    rhingula@polsinelli.com
    kgallen@polsinelli.com

TRIAL ATTORNEYS FOR DEFENDANTS HOGAN TRANSPORTS, INC., DAVID A. HOGAN, HOGAN DEDICATED SERVICES LLC, AND HOGAN SERVICES, INC.


CHAPIN LEGAL GROUP, LLC

By: /s/ Lance Chapin via email authority 2/7/19
    Lance Chapin (0069473)
    Steven C. Babin, Jr. (0093584)
    580 South High Street, Suite 330
    Columbus, OH 43215
    614-221-9100
    Fax: 614-221-272
    lchapin@chapinlegal.com
    sbabin@chapinlegal.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing pleading was served via (_X_) Court's ECF Notification system; (___) U.S. Mail, postage prepaid; (___) electronic mail; (_____) Federal Express; and/or (___) hand delivery this 8th day of February 2018, to:

Lance Chapin, Esq.
Steven C. Babin, Jr., Esq.
Chapin Legal Group, LLC
580 South High Street, Suite 330
Columbus, OH  43215
614-221-9100
Fax:  614-221-272
lchapin@chapinlegal.com
sbabin@chapinlegal.com
ATTORNEYS FOR PLAINTIFF

*/s/  Jeremy S. Young*
Jeremy S. Young

66531136.1