# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DON FAIRFAX, Individually and on Behalf of All Others Similarly Situated | ) ) ) |
| Plaintiff, | ) Judge Smith ) ) Magistrate Judge Jolson ) |
| v. | ) Case No.: 2:16-cv-00680-GCS-KAJ ) |
| HOGAN TRANSPORTS, INC., et al., | ) ) |
| Defendants. | ) ) |

## ORDER

The Court now takes up the Joint Motion for Approval of FLSA Collective Action Settlement and Dismissal with Prejudice filed by the Parties in this matter. After consideration of this Motion, and for good cause,

IT IS HEREBY ORDERED that the Parties' Motion is GRANTED. _____

Dated this ___ day of _____, 2019

SO ORDERED:

_____
The Honorable George C. Smith
United States District Judge
United States District Court for the
Southern District of Ohio

550199-66530765.1