# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DON FAIRFAX, Individually and on Behalf of All Others Similarly Situated,**

      **Plaintiff(s),**

  v.                                            **Case No.: 2:16-cv-680**
                                                      **JUDGE GEORGE C. SMITH**
                                                      **Magistrate Judge Jolson**

**HOGAN TRANSPORTATION EQUIPMENT, INC.,** *et al.***,**

      **Defendants.**

## ORDER

This matter is before the Court on the Joint Motion for Approval of FLSA Collective Action Settlement and Dismissal with Prejudice filed by the parties on February 8, 2019 (ECF No. 82). The parties have also submitted a detailed Memorandum in Support of their Joint Motion (ECF No. 84). Further, Plaintiffs have submitted an Unopposed Motion for Approval of Attorneys' Fees and Costs (ECF No. 83).

After careful consideration of this matter, and for good cause shown, the parties' Joint Motion for Approval of FLSA Collective Action Settlement is hereby **GRANTED**. Additionally, Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs is **GRANTED**. Plaintiffs' Counsel is hereby awarded $100,000.00 in attorneys' fees and reimbursement for expenses of $1,975.16, for a total award of $101,975.16.

The Clerk shall **REMOVE** Documents 82 and 83 from the Court's pending motions list. The Clerk shall enter final judgment and dismiss this case with prejudice.

      **IT IS SO ORDERED.**

                                                                         */s/ George C. Smith*
                                                                   **GEORGE C. SMITH, JUDGE**
                                                                    **UNITED STATES DISTRICT COURT**