**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Don Fairfax,

      vs                       Case No. 2:16-cv-680

Hogan Transportation Equipment, Inc.    **Judge Smith**
                                              **Magistrate Judge Jolson**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

      IT IS ORDERED AND ADJUDGED that pursuant to the February 20, 2019 ORDER this case is dismissed with prejudice..

Date: **February 20, 2019**            **Richard W. Nagel, Clerk**

                                                             s/ Spencer D Harris
                                                    By Spencer D. Harris /Deputy Clerk